UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leo Clyle Brigman,                                Civil 06-195    JNE/FLN

       Petitioner,

v.                                            O R D E R

R. L. Morrison, Warden,

       Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 23, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that to the extent petitioner seeks an order that the Bureau of Prisons reconsider the length of time petitioner should be assigned to an RRC pursuant to the factors set forth in 18 U.S.C. Section 3621(b), the petition is GRANTED. *See Fults*, 442 F.3d at 1190. To the extent that petitioner seeks an immediate assignment to an RRC, the petition is DENIED.


DATED: June 14, 2006.                  s/ Joan N. Ericksen
at Minneapolis, Minnesota         JUDGE JOAN N. ERICKSEN
                                         United States District Court